# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

CHESTER V. ZEIGLER, )
)
      Plaintiff, )
)
vs. ) Case No. CIV-15-160-M
)
HECTOR RIOS, et al., )
)
      Defendants. )

## ORDER

On July 19, 2017, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this 42 U.S.C. § 1983 action, and on February 22, 2018, Magistrate Judge Erwin issued a Supplemental Report and Recommendation. The Magistrate Judge recommended that defendants' motion for summary judgment be granted. The parties were advised of their right to the object to both reports and recommendations. Plaintiff has filed objections to both reports and recommendations.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 87] issued by the Magistrate Judge on July 19, 2017 and the Supplemental Report and Recommendation [docket no. 103] issued by the Magistrate Judge on February 22, 2018;

(2) GRANTS defendants' Motion for Summary Judgment [docket no. 77]; and

(3) ORDERS that judgment issue forthwith in favor of defendants Hector Rios, Vicki Harless, and Christina Thomas and against plaintiff.

**IT IS SO ORDERED this 19th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE